**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-218 |
| | § | |
| OMAR EDUARDO GARCIA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the revocation hearing, (Docket Entry No. 33). The motion for continuance is GRANTED. The revocation hearing is reset to **May 15, 2012 at 9:00 a.m.**

SIGNED on April 10, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge